UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 02-1188 (LDW) |
| *v.* | : | |
| | : | |
| CARLOS PATIÑO RESTREPO | : | |
| | : | |
| *Defendant.* | : | |

# DEFENDANT'S NOTICE OF FILING

**DEFENDANT** Carlos Patiño Restrepo ("Patiño Restrepo"), by and through undersigned counsel, respectfully requests that the attached Defendant's Renewed Request for Discovery be made part of the record in this case:

Dated: Washington, DC
March 16, 2011

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____/s/_____
A. Eduardo Balarezo (D.C. Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Counsel for Defendant Carlos Patiño Restrepo*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of March 2011, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Renewed Request for Discovery to be delivered via Electronic Case Filing to the parties in this case.

/s/
_____
A. Eduardo Balarezo