**CRIMINAL CAUSE**
**FOR TRIAL**

**BEFORE: WEXLER, J.**         **DATE:**   **MARCH 23, 2011** **TIME: 11:00 AM**
                                           **TIME TOTAL: 7 HRS**

**DOCKET #:**   **CR 02-01188(S-13)-18**

**TITLE:**      **USA**      **V.**   **CARLOS ARTURO PATINO-RESTREPO**
                                      **(CUSTODY - INTERP)**

    **APPEARANCES:**

      **GOV'T**            **ALLEN BODE, AUSA**
                                 **RAYMOND TIERNEY, AUSA**

      **DEFT**             **A. EDUARDO BALAREZO, ESQ (RET.)**
                                 **WILLIAM PURPURA, ESQ (RET.)**
                                 **JOSE A. MUNIZ, ESQ (RET.)**

      **COURT REPORTER**   **OWEN WICKER**

      **INTERP**           **MAYA GRAY**
                                 **DAGOBERTO ORRANTIA**
                                 **J. CARLOS VENANT**
                                 **ROSA OLIVERA**


**CASE CALLED.**

**COUNSEL PRESENT.**

**TRIAL RESUMED.**

**PLTFF ADUCED FURTHER EVIDENCE.**

**TRIAL CONTINUED TO MARCH 24, 2011 @9:30 A.M.**