UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                    :

UNITED STATES OF AMERICA    :

    -against-             :

                    :

Carlos Arturo Patino Restrepo,    :

                    :

    Defendant.        :

                    :
- - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COUI   N.Y.

★  JUN 13 2013  ★

LONG ISLAND OFFICE

APPLICATION FOR
UNSEALING ORDER

02-CR-1188(S-13)(LDW)

       LORETTA E. LYNCH, United States Attorney for the
Eastern District of New York, by Assistant United States Attorney
Allen L. Bode, makes this application to the Court for an
unsealing order.

       In support of this application, applicant states the
following:

       1.    On April 23, 2012 the government filed the
attached letter under seal responding to various allegations by
Patino.

       2.    Subsequently, these allegations have become the
subject of various appellate points by Patino in his unsealed
appellate brief.

       3.    The government intends to provide the April 23,
2012 letter to the Second Circuit Court of Appeals as part of the
government's appendix.

       WHEREFORE, based on the foregoing, we request that this

Court enter an order directing that the government's April 23, 2012 letter be unsealed for all purposes.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
Allen L. Bode
Assistant U.S. Attorney