UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS ARTURO PATINO RESTEPO,

                     Petitioner,

-against-

UNITED STATES OF AMERICA,

                     Respondent.
-----------------------------------------------------------------X

FILED
CLERK

4:05 pm, Sep 01, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**ORDER**
15-CV-1804 (GRB)
02-CR-1188

      By Order dated June 28, 2022, petitioner Carlos Arturo Patino Restepo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 was denied. Thereafter, Restepo filed a notice of appeal, and the matter was reassigned to the undersigned. Having familiarized itself with this matter, the Court declines to issue a certificate of appealability because there has been no "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Matthews v. United States*, 682 F. 3d 180, 185 (2d Cir. 2012). The Court also finds, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the denial of this motion would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *see Feliz v. United States*, 2002 WL 1964347, at *7 (S.D.N.Y. 2002).

Dated: Central Islip, New York
       September 1, 2022

           /s/  Gary R. Brown
           Honorable Gary R. Brown
           United States District Judge